# CRIMINAL DOCKET
## United States District Court for the District of Columbia

GASCH, J.

CASE CLOSED

| PARTIES | ATTORNEYS | G. J. NO. | CRIMINAL NO. D |
|---|---|---|---|
| UNITED STATES<br>VS.<br>ALVIN B. WRIGHT<br>PDID 222-319  4-3-53 | U. S. ATTORNEY  Gill<br><br>~~Peter Hoagland~~<br>601 Indiana Ave., N.W.<br>William Dow PDS<br>601 Indiana Ave., N.W. | D21-319-72 | 802-'72<br><br>CHARGE:<br>Awit/Kill w/armd;AWIT/kil<br>APO;ADW;CDW (22 DCC 501,<br>3202,505(b)502,3204) |
| | | DATE FILED<br>4-26-72 | BOND:<br>~~PR with conditions.~~<br>1430 L Street, S.E. #208 |

| DATE | PROCEEDINGS |
|---|---|
| 1972 Apr 14 | PRESENTMENT AND INDICTMENT FILED  (5 Counts) |
| May 1 | ORDER dated 4/24/72 vacating Peter Hoagland and appointing William Dow counsel for deft. filed. (affi. on file) BURNETT, MAG. |
| 1972 Apr 26 | Personal Recognizance revoked for bail conditions violations and $10,000 Surety Bond set on 4-13-72 by US MAG BURNETT. |
| 1972 May 1 | Motion to substitute counsel. |
| 1972 May 5 | Deft. handed copy of indictment; ARRAIGNED: Plea Not Guilty.  Omnibus Hearing 5:00 p.m. 5-25-72.  Oral motion of the Govt. to revoke personal bond heard and GRANTED.  Bond revoked; deft. committed; commitment issued.<br>GASCH, J.   Rep: D. Duschaine   W. Dow, Atty. |
| 1972 May 25 | Omnibus Hearing continued 4:30 p.m. 6-15-72.<br>GASCH, J.   Rep: E. Sittel   W. Dow, Atty. |
| 1972 June 6 | Motion to suppress identification testimony; p/a. |
| 1972 June 15 | Status Hearing: Trial date to be set.  Remanded to custody.<br>GASCH, J.   Rep: D. Duschaine   W. Dow, Atty. |
| 1972 July 10 | Status Hearing: Trial set 11-3-72; remanded.<br>GASCH, J.   Rep: D. Duschaine   W. Dow, Atty. |
| (CONTINUED) | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. ALVIN B. WRIGHT                     Cr. No. 802-72    Supplemental Page No. 1

| DATE | | PROCEEDINGS |
|---|---|---|
| 1972 Jul | 25 | Status Hearing: Plea of Not Guilty withdrawn; PLEA OF GUILTY entered to Count 3 (APO) (22 DCC 505(b))(Alfred Type Plea); Govt. to dismiss remaining counts at time of sentencing; deft. committed purs. to Title 18 USC 5010(e) for 60 days study and observation; referred; remanded.<br>   GASCH,J    Rep-D.Duschaine    William Dow,Atty |
| 1972 Nov | 21 | SENTENCE: Ten (10) years to thirty (30) years (APO); remaining counts dismissed.<br>   JUDGMENT & COMMITMENT. of 11-21-72 filed 11-22-72<br>   GASCH,J    Rep-D.Duschaine    W.Dow,Atty |
| 1972 Dec. | 1 | Notice of appeal from sentence of Nov. 21, 1972. |
| 1972 Dec | 5 | Copy of docket entries sent to USCA & US Atty. Copies of notice of appeal sent to USCA, US Atty. Atty. and Deft. |
| 1972 Dec | 4 | ORDER amending Judgment and Commitment. (N) GASCH, J. |
| 1972 Dec | 11 | ORDER referring appointment of counsel to USCA. GASCH, J. |
| 1972 Dec | 13 | Memorandum stating Court's reason for sentencing deft as an adult. (N) GASCH,J. |
| 1972 Dec | 29 | Record on Appeal delivered to USCA; In Forma Pauperis (Clerk's fee $3.50); Receipt from USCA for Original Record. |
| 1973 Jan | 8 | ORDER authorizing transcript of pleas and sentencings on 7-25-72 and 11-21-72 in CR cases 802-72, 1017-72 and 943-72. GASCH, J.   #58561    (D. Duschaine) |
| 1973 Feb | 22 | TRANSCRIPT OF PROCEEDINGS of 7-25-72;& 11-21-72 /pages 1-22; Court's copy;Rep- D.Duschaine |
| 1973 Feb | 27 | SUPPLEMENTAL RECORD on appeal delivered to USCA; receipt acknowledged. |
| 1973 Dec | 6 | CERTIFIED COPY of Judgment USCA 11-8-73 affirming judgments of USDC. |
| 1974 Jan | 3 | RECORD returned 1-3-74 from USCA; receipt acknowledged. |
| 1974 Feb | 14 | MOTION for reduction of sentence; C/S |
| 1974 Mar | 4 | MEMORANDUM in support of defendant's Motion to reduce sentence. |
| 1982 Mar | 1 | MOTION, pro se, to vacate, set aside or correct sentence pursuant to Title 28 USC 2255; affidavit; attachments (5). |
| 1983 Oct | 26 | MEMORANDUM denying motion to recuse and denying motion to reduce. (N)   GASCH, J. |

SEE NEXT PAGE

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. ALVIN B. WRIGHT    Cr. No. 802-72    Supplemental Page No. 1

| DATE | PROCEEDINGS |
|---|---|
| 1972 Jul 25 | Status Hearing: Plea of Not Guilty withdrawn; PLEA OF GUILTY entered to Count 3 (APO) (22 DCC 505(b))(Alfred Type Plea); Govt. to dismiss remaining counts at time of sentencing; deft. committed purs. to Title 18 USC 5010(e) for 60 days study and observation; referred; remanded. <br> GASCH,J    Rep-D.Duschaine    William Dow,Atty |
| 1972 Nov 21 | SENTENCE: Ten (10) years to thirty (30) years (APO); remaining counts dismissed. <br> JUDGMENT & COMMITMENT, of 11-21-72 filed 11-22-72 <br> GASCH,J    Rep-D.Duschaine    W.Dow,Atty |
| 1972 Dec 1 | Notice of appeal from sentence of Nov. 21, 1972. |
| 1972 Dec 5 | Copy of docket entries sent to USCA & US Atty. Copies of notice of appeal sent to USCA, US Atty. Atty. and Deft. |
| 1972 Dec 4 | ORDER amending Judgment and Commitment. (N) GASCH, J. |
| 1972 Dec 11 | ORDER referring appointment of counsel to USCA. GASCH, J. |
| 1972 Dec 13 | Memorandum stating Court's reason for sentencing deft as an adult. (N) GASCH,J. |
| 1972 Dec 29 | Record on Appeal delivered to USCA; In Forma Pauperis (Clerk's fee $3.50); Receipt from USCA for Original Record. |
| 1973 Jan 8 | ORDER authorizing transcript of pleas and sentencings on 7-25-72 and 11-21-72 in CR cases 802-72, 1017-72 and 943-72. GASCH, J.    #58561    (D. Duschaine) |
| 1973 Feb 22 | TRANSCRIPT OF PROCEEDINGS of 7-25-72; & 11-21-72 / pages 1-22; Court's copy; Rep- D.Duschaine |
| 1973 Feb 27 | SUPPLEMENTAL RECORD on appeal delivered to USCA; receipt acknowledged. |
| 1973 Dec 6 | CERTIFIED COPY of Judgment USCA 11-8-73 affirming judgments of USDC. |
| 1974 Jan 3 | RECORD returned 1-3-74 from USCA; receipt acknowledged. |
| 1974 Feb 14 | MOTION for reduction of sentence; C/S |
| 1974 Mar 4 | MEMORANDUM in support of defendant's Motion to reduce sentence. |
| 1982 Mar 1 | MOTION, pro se, to vacate, set aside or correct sentence pursuant to Title 28 USC 2255; affidavit; attachments (5). |
| 1983 Oct 26 | MEMORANDUM denying motion to recuse and denying motion to reduce. (N) GASCH, J. |

SEE NEXT PAGE

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. ALVIN B. WRIGHT                              Cr. No. 802-72      Supplemental Page No. 2

| Date | | Proceedings |
|---|---|---|
| 1983 | | |
| Dec 02 | | NOTICE OF APPEAL by deft. from order dated 10/26/83, denying motion to recuse and reduce. |
| Dec | 06 | COPY of Notice of Appeal and Docket sheets to USCA and US Attorney. USCA No. 83-2270. |
| Dec | 06 | COPY of Notice of Appeal to deft. and Attorney. |
| Dec | 07 | ORDER granting deft. to preceed without proceed without prepayment of costs. |
| 1984 | | |
| Jan | 19 | RECORD on Appeal delivered to USCA; receipt acknowledged. |
| Jul | 10 | CERTIFIED copy of order from United States Court of Appeals dated 4/10/84 denying motion for appointment of counsel and dismissing cases. |
| July | 27 | TRANSMITTAL letter from USCA returning one vol or original record.          (HLS) |
| 1992 | | |
| Jul | 23 | ORDER denying defendant's motion to vacate, set aside or reduce sentence heretofore imposed. (N)                                                               GASCH, J.    (fs) |